Worumbo Company, appellee, v. A. Feirstein, appellant. Gen. No. 28,137.

Action on contract for sale of woolen goods. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. C. N. Hollerich, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1922. Affirmed. Opinion filed May 28, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Charles L. Cohns, for appellant. Moses, Rosenthal & Kennedy, for appellee; Hirsch E. Soble, of counsel.
Mr. Justice Matchett delivered the opinion of the court.